IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| TYRONE BLOCKER, | ) | |
| | ) | MOTION TO AMEND ADVERSARY |
| Plaintiff, | ) | PROCEEDING COMPLAINT |
| | ) | |
| Vs. | ) | Adv. Pro. No. 09-03361-tmb |
| | ) | |
| NOMURA HOME EQUITY HOME LOAN INC., et. al. | ) ) ) | |
| | ) | |
| Defendants | ) | |

COMES NOW Plaintiff, Tyrone Blocker, and moves to amend the adversary proceeding complaint in the above captioned and entitled matter.

Plaintiff needs to amend the adversary complaint to allege facts sufficient to state claim under 18 U.S.C. section 1962(a)(c)(d) and omit defendant that has been held to be immune from liability.

Plaintiff is a pro. se. prisoner litigant and unschooled in the ability to properly plead factual allegations as an attorney, and as a result needs to amend the adversary proceeding complaint to allege sufficient facts to state a claim for relief.. Noll v Carlson, 809 F.2d 1446 (9th Cir 1986)

WHEREFORE Plaintiff moves this court to allow plaintiff to amend the adversary proceeding complaint.

Respectfully Submitted

_Signature_

Signature Of Plaintiff

Page 1 of 1

## CERTIFICATE OF SERVICE

**CASE NAME:** TYRONE BLOCKER, v. NOMURA HOME EQUITY HOME LOAN INC., et. al.

**CASE NUMBER:** 09-03361-tmb

COMES NOW, Tyrone Blocker, and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at:
4005 Aumsville Hwy SE
Salem, Or. 97317-9112.

That on the 16 day of November, 2009, I personally placed in the Correctional Institution's mailing service A TRUE COPY of the following:

Motion to Amend Adversary Proceeding Complaint

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s) named at the places addressed below:

KELLY D. SUTHERLAND
SHAPIRO & SUTHERLAND
5501 NE 109th Court Suite N
Vancouver, WA 98662

Michael A. Grassmueck, Inc.,
P. O. Box 5248
Portland, OR 97208-5248

Tyrone Blocker
SID # 5913205
4005 Aumsville Hwy SE
Salem, Or. 97317-9112