1  KENT S. ROBINSON, OSB # 09625
   Acting United States Attorney
2  District of Oregon
   **RONALD K. SILVER**,
3  Assistant United States Attorney
   United States Attorney's Office
4  1000 SW Third Avenue, Suite 600
   Portland, Oregon 97204-2902
5  Telephone:    (503) 727-1044
   Facsimile:    (503) 727-1117
6  Email: ron.silver@usdoj.gov
          Attorneys for Defendant Trist M. Brown

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re TYRONE BLOCKER, ) | Case No. 09-31131-rld7 |
| ) | |
| Debtor, ) | Adv. Proc. No. 09-3361-rld |
| ) | |
| TYRONE BLOCKER, ) | |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | **MOTION TO DISMISS** |
| ) | |
| NOMURA HOME EQUITY HOME ) | |
| LOAN, INC, HSBC BANK USA, ) | |
| NATIONAL ASSOCIATION; ) | |
| OCWEN LOAN SERVICING; ) | |
| KELLY D. SUTHERLAND; ) | |
| SHAPIRO & SUTHERLAND, LLC; ) | |
| TRIST M. BROWN; ) | |
| MICHAEL A GRASSMUECK, INC.; ) | |
| ) | |
| Defendants. ) | |

   Defendant, United States Bankruptcy Judge Trist M. Brown hereby moves to dismiss the Adversary Proceeding Complaint Pursuant to Fed. R. Bankr. P.7012 and Fed. R. Civ. P. 12(b)(6) on the grounds the Plaintiff fails to state a claim for which relief can be granted. The Defendant has been sued solely for her judicial acts and she is entitled to absolute immunity. The motion is based on the memorandum in support of said motion.

////

////

Page 1-   **MOTION TO DISMISS**
          *Blocker v. Nomura Home Equity Home Loan Inc., et al.,* Adv. Proc. No. 09-3361-rld

DATED this 14th day of December, 2009.

Respectfully submitted,

KENT S. ROBINSON
Acting United States Attorney
District of Oregon

*/s/ Ronald K. Silver*
RONALD K. SILVER
Assistant United States Attorney

CERTIFICATE OF SERVICE

I I HEREBY CERTIFY that service of a true, exact copy of the foregoing Motion to Dismiss enclosed in an envelope with postage thereon prepaid, by depositing the same in the United States Mail at Portland, Oregon on December 14, 2009, and addressed to:

Tyrone Blocker, SID 5913205
S.C.I. 4005 Aumsville Hwy SE
Salem, Oregon 97317-9112

PRO SE

/s/ Deryl G. Looney
DERYL G. LOONEY
PARALEGAL SPECIALIST

CERTIFICATE OF SERVICE